# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| In the Matter of the Search of | ) |
| --- | --- |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) Case No. 2:19-cr-292 |
| LG cell phone, model , serial number & ZTE cell phone, model , serial number | ) ) ) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
See Attachment A

located in the _____ Judicial _____ District of _____ South Carolina _____ , there is now concealed *(identify the person or describe the property to be seized):*
See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
| --- | --- |
| 18 USC 922(g)(1) | Felon in Possession of a Firearm |
| 18 USC 924(c) | Possession of a Firearm During or in Relation to a Drug Trafficking Crime |
| 21 USC 841(a)(1) | Possession with Intent to Distribute Controlled Substances |

The application is based on these facts:
See Probable Cause Statement

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Kevin W. Breuer, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Mar 27, 2019

City and state: Charleston, South Carolina

Bristow Marchant, United States Magistrate Judge
*Printed name and title*